ORIGINAL

**Cause Number** ___3:19-cv-00806-M___
*(Complete the heading so that it looks exactly like the Petition)*

___Malibu Media, LLC___
**Plaintiff** *(Print Full Name)*

**VS**

___Sean Grucza___
**Defendant** *(Print Full Name)*

In the *(check one)*:

Northern District of Texas  [X] District Court
*Court Number*                   [ ] County Court at Law
                                 [ ] Justice Court (JP)

___Dallas___ County, Texas

# Defendant's Answer

> **WARNING:** Talk to a lawyer <u>before</u> filling out this form. You may accidentally give up important legal rights if you file this form with the Court without first talking to a lawyer. For help finding a lawyer, call your local lawyer referral service. If you do not have enough money to hire a lawyer to take your whole case, you can hire a lawyer just to give you advice and help you fill-out this form. This is called Limited Scope Representation. You may also be able to talk to a lawyer for free at a legal advice clinic. For help finding a free legal advice clinic go to www.TexasLawHelp.org.
>
> **INSTRUCTIONS:** If you decide to use this *Defendant's Answer* form:
> - Fill it out completely and sign it.
> - File (*turn in*) your completed answer form at the Courthouse where the *Petition* was filed.
> - It does not cost anything to file an answer.
> - If you have been served, you have a limited time to file an answer. If you do not file an answer by the deadline, the Plaintiff can ask the court to enter a default judgment against you. Talk to a lawyer if you do not know when your deadline is.
> - Keep a copy of your answer for your records.
> - Send a copy to the Plaintiff's lawyer or to the Plaintiff if s/he is not represented by a lawyer.

## 1. Defendant's Information

My name is ___Sean Grucza___. I am the Defendant in this Case.
*(PRINT your full name.)*

The last three numbers of my driver's license number are _2_ _8_ _9_. My driver's license was issued in *(State)* ___Texas___.
  Or [ ] I do not have a driver's license number.

The last three numbers of my social security number are _2_ _1_ _2_.
  Or [ ] I do not have a social security number.

## 2. General Denial
*Texas Rules of Civil Procedure Rule 92*

I enter a general denial.

I request notice of all hearings in this case.

## 3. Specific Pleas Made Under Penalty of Perjury

*Read Texas Rules of Civil Procedure Rule 93 for a list of specific pleas that must be verified **or** made under penalty of perjury. Ask a lawyer which specific pleas apply to your case.*

I make the following specific pleas under penalty of perjury:

_____

<u>SPECIFIC PLEA(s)</u>:

c. That the PLAINTIFF is not entitled to recover in the capacity in which he sues, or that the defendant is not liable in the capacity in which he is sued.

I. DEFENDANT has had multiple guests in DEFENDANTs home, and has frequently let guests, and neighbors, use DEFENDANTs internet connection.
    a. DEFENDANT also lives in a large apartment complex.
        i. It is impossible for DEFENDANT to be able to police DEFENDANT's internet access - *always*.
        ii. Additionally, DEFENDANT cannot recall everything DEFENDANT has downloaded due to the large amount of content <u>LEGALLY</u> subscribed to mentioned below in section "II.".

II. DEFENDANT is a 'habitual and persistent' *streamer and consumer* of media and entertainment.
    a. Not a "'habitual and persistent' copyright infringer".
        i. DEFENDANT is currently Paying for Google Music, Netflix, Amazon Prime Video, HBO (through Amazon Prime), Audible, PlayStation Online, Nintendo Online, etc.
        ii. DEFENDANT has also paid monthly for "other" online services in the past.

III. DEFENDANT *specifically* disagrees with (intentionally or knowingly) distributing any full, copy righted content.
    a. DEFENDANT does not (intentionally or knowingly) "Distribute" ANY media downloaded, streamed, or consumed by DEFENDANT.
    b. DEFENDANT intentionally stops any situation that would lead to illegal distribution of copy righted content.

_____

## 4. Affirmative Defenses

*Read Texas Rules of Civil Procedure Rule 94 for a list of affirmative defenses. Ask a lawyer which affirmative defenses apply to your case.*

*Note: An affirmative defense is an independent reason that the Plaintiff should not win the lawsuit. If an affirmative defense is successful you could win the lawsuit, even if what the Plaintiff says is true. If you file an answer and do not claim an affirmative defense, you may forever give up that defense.*

I claim the affirmative defenses checked below:

| | | |
|---|---|---|
| ☐ accord and satisfaction | ☐ estoppel | ☐ license |
| ☐ arbitration and award | ☐ failure of consideration | ☐ release |
| ☐ assumption of risk | ☐ fraud | ☐ res judicata |
| ☐ contributory negligence | ☐ illegality | ☐ statute of frauds |
| ☐ discharge in bankruptcy | ☐ injury to fellow servant | ☐ statute of limitations |
| ☐ duress | ☐ laches | ☐ waiver |

☐ I already paid the debt sued for. I paid $ _____ to _____
on _____ by _____.
      (date)      (check, cash, etc.)

Write any other details regarding payment of the debt here:

_____
_____

☐ I also claim these additional affirmative defenses:

_____
_____
_____
_____.

I reserve the right to file an *Amended Defendant's Answer* with the Court to plead additional verified pleas, affirmative defenses and claims, cross-claims or third-party claims, as applicable, after further investigation and discovery.

## 5. Request for Judgment

I ask that Plaintiff take nothing from this lawsuit. I ask for costs of court. I ask for such other and further relief, at law or in equity, to which I may be justly entitled.

Respectfully submitted,

_____   8/30/2019
Defendant's Signature                    Date
Sean Grucza                              5/18/1987
Defendant's Printed Name                 Phone
5060 Addison Circle Apt. 6831    Addison    TX    75001
Mailing Address                  City       State Zip
Email: segruc2@gmail.com         Fax # (if available)   N/A

I understand that I must let the Court, the Plaintiff's lawyer (or the Plaintiff if the Plaintiff does not have a lawyer), and any other party or lawyer in this case know in writing if my mailing address or email address changes during this case. If I don't, any notices about this case will be sent to me at the mailing address or email address on this form.

## 6. Unsworn Declaration Made Under Penalty of Perjury

I make this unsworn declaration under penalty of perjury in place of verification as allowed by Texas Civil Practices and Remedies Code Section 132.001.

My name is:    Sean    E    Grucza    .
               First    Middle    Last

My date of birth is: 05 / 18 / 1987 .
                     Month  Day   Year

My address is: 5060 Addison Circle   Addison   TX   75001   USA   .
               Street Address        City      State Zip Code Country

I declare **under penalty of perjury** that: 1) I am the Defendant in this case, 2) I have read this *Defendant's Answer*, and 3) the statements in this *Defendant's Answer* are within my personal knowledge and are true and correct. I understand that it is a crime to lie on this form.

Formally signed **under penalty of perjury** in   Dallas   County,   TX   ,
                                                  County              State
on this date: 08 / 30 / 2019 .
              Month Day Year

_____
Defendant's Signature

## 7. Certificate of Service

I certify that a copy of this document was delivered to the Plaintiff's lawyer or the Plaintiff (if the Plaintiff does not have a lawyer) on the same day this document was filed with (turned in to) the Court as follows: *(Check one.)*

☐ through the electronic file manager if this document is being filed electronically

☐ by certified mail, return receipt requested

☐ by fax, to fax # _____

☐ by personal delivery

☒ by email to this email address: ___paul@beiklaw.com___

_____   Date  9/5/2019
Defendant's Signature